ELLEN BLACK, PETITIONER-PETITIONER, v. MAHONEY TROAST CONSTRUCTION CO., DEFENDANT-RESPONDENT.

See same case below:  65 *N. J. Super.* 397.

*Mr. David Roskein, Mr. Jacob L. Balk* and *Mr. Seymour B. Jacobs* for the petitioner.

*Mr. Isidor Kalisch* for the respondent.

April 17, 1961.  Denied.

VICTOR RIVERA, PLAINTIFF-RESPONDENT, v. IRA GRILL, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below:  65 *N. J. Super.* 253.

*Messrs. Levy, Lemken & Margulies* and *Mr. Ezra L. Nolan* for the petitioners.

*Messrs. Florio, Dunn, Marciano & Lypinski* for the respondent.

April 17, 1961.  Denied.